Ohio-6248. On motion for delayed appeal. Motion denied.

PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

**2013–0592. State v. Kemp.**

Cuyahoga App. No. 97913, 2013-Ohio-167. On motion for delayed appeal. Motion denied.

PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

# APPEALS ACCEPTED FOR REVIEW

**2013–0109. State v. White.**

Lucas App. No. L–10–1194, 2013-Ohio-51.

O'CONNOR, C.J., would accept the appeal on Proposition of Law Nos. I and IV only.

KENNEDY, J., would accept the appeal on Proposition of Law No. I only.

FRENCH, J., would not accept Proposition of Law No. II.

**2013–0323. Adae v. State.**

Franklin App. No. 12AP–406, 2013-Ohio-23.

PFEIFER, J., dissents.

FRENCH, J., not participating.

**2013–0351. State v. Tolliver.**

Montgomery App. No. 24716, 2013-Ohio-115.

PFEIFER and O'NEILL, JJ., dissent.

# APPEALS NOT ACCEPTED FOR REVIEW

**2012–0036. State v. Jones.**

Summit App. No. 25695, 2011-Ohio-6063.

O'NEILL, J., dissents.

**2013–0198. Moran v. Mercy St. Vincent Med. Ctr.**

Lucas App. No. L–11–1281, 2013-Ohio-203. Discretionary appeal not accepted. Renewed motion to stay enforcement of judgment pending appeal denied.

O'NEILL, J., would grant the renewed motion to stay enforcement of judgment pending appeal.

**2013–0288. State v. Jackson.**

Cuyahoga App. No. 98157, 2012-Ohio-5885.

**2013–0307. State v. Allen.**

Lake App. No. 2011–L–157, 2013-Ohio-434.

O'DONNELL, J., dissents.

KENNEDY and FRENCH, JJ., dissent and would accept the appeal on Proposition of Law No. I.

**2013–0317. George v. R. Good Logistics, L.L.C.**

Preble App. Nos. CA2012–06–008, CA2012–06–009, and CA2012–06–010, 2013-Ohio-16.

PFEIFER and O'NEILL, JJ., dissent.

O'DONNELL, J., dissents and would accept the appeal and hold the cause for the decision in 2012–0535, *Cullen v. State Farm Mut. Auto. Ins. Co.*, 8th Dist. No. 95925, 2011-Ohio-6621.

**2013–0321. State v. Simmons.**

Jefferson App. No. 06 JE 4, 2013-Ohio-1013.

**2013–0328. Utterback Dental Group, Inc. v. Lucido.**

Stark App. No. 2011–CA–285, 2013-Ohio-76.

**2013–0333. State v. Kimbo.**

Lorain App. No. 13CA010337.

**2013–0340. Schulze v. Grandstaff.**

Lake App. No. 2012–L–040, 2012-Ohio-5934.

O'CONNOR, C.J., and PFEIFER and LANZINGER, JJ., dissent.